DELAWARE SAENGERBUND, INCORPORATED, a corporation of the State of Delaware, defendant below, plaintiff in error, *vs.* STATE OF DELAWARE, plaintiff below, defendant in error.

(*June* 15, 1915.)

CURTIS, Chancellor, PENNEWILL, Chief Justice, BOYCE, CONRAD and HEISEL, J. J., sitting.

*Robert H. Richards* and *Robert G. Harman*, for plaintiff in error.

*Josiah O. Wolcott*, Attorney General, and *Armon D. Chaytor, Jr.*, Deputy Attorney General, for defendant in error.

Supreme Court, June Term, 1915.

CERTIORARI to the Court of General Sessions for New Castle County, No. 7, January Term, 1915.

The Delaware Saengerbund, Incorporated, was indicted (No. 37, January Term, 1914) for, and convicted of selling liquor without a license and it brings error. Affirmed.

The facts which were submitted to the jury on a case stated, and the questions of law presented, appear in the report of the case below. See 5 *Boyce* 162, 91 *Atl.* 290.

*Per Curiam:*—The court agree with the conclusions of the court below in the charge to the jury on the agreed statement of facts, and also with the reasons therefor stated so carefully and

accurately by the learned judge who delivered the opinion, and do not deem it necessary to supplement it. The judgment of the court below will be affirmed.